JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUDELL ANDERSON,<br>                   Plaintiff,<br><br>   v.<br><br>LOUIS DEJOY, *Postmaster to the United States Postal Service*,<br>                   Defendant. | Case No. 2:21-cv-05687-SSS-KKx<br><br>**FINAL JUDGMENT ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DKT. 18]** |

## JUDGMENT

Pursuant to the Order Granting Defendant's Motion for Summary Judgment [Dkt. 18] and after considering the papers filed in support of and against Defendant's Motion, **IT IS HEREBY ORDERED THAT**:

1. The Defendant's Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's complaint and action are **HEREBY DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated: November 1, 2022

SUNSHINE S. SYKES
United States District Judge